UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -7 P 1:38

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )<br>)<br>JING "TONY" CHO              )<br>_____ ) | CRIMINAL COMPLAINT<br>CASE NO. 03-CR-10401-RWZ |

## OPPOSITION TO MOTION FOR COLLOQUY CONCERNING COUNSEL'S CONTINUED REPRESENTATION OF DEFENDANT JING "TONY" CHO

NOW COMES the Defendant, Jing "Tony" Cho, by and through undersigned Counsel, and opposes the Government's Motion For Colloquy Concerning Continued Representation of Defendant Jing "Tony" Cho. As reasons therefore, the Government has made no showing pursuant to United States v. Foster, 469 F.2d 1 (1st Cir. 1972) of the existence of actual or potential conflict which requires the requested colloquy. Moreover, counsel has withdrawn the application referenced in the Government's motion.

WHEREFORE, Counsel for the Defendant requests that this Honorable Court deny the Government's Motion.

Respectfully submitted
Jing "Tony" Cho
By His Attorney,

_____
Raymond Sayeg, BBO #555437
Law Offices of Raymond Sayeg
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 742-1184

Dated: June 3, 2004

## CERTIFICATE OF SERVICE

I, Raymond Sayeg, hereby certify that a true and exact copy of the foregoing Assented to Motion to Continue was served this 5 day of June, 2004, by first class mail, postage prepaid upon counsel for the government, Jonathon F. Mitchell, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210.

Raymond Sayeg

# RAYMOND SAYEG
COUNSELLOR AT LAW

FILED
IN CLERKS OFFICE

2004 JUN -7 P 1:37

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 3, 2004

J. Johnson,
Docket Clerk to the
Honorable Rya Zobel's
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA  02210

Re:   United States of America v. Jing "Tony" Cho
      Docket No. 03-CR-10401-RWZ

Dear Mr. Johnson:

Enclosed for filing in the above-referenced matter, please find the following document:

1. Opposition to Motion for Colloquy Concerning Counsel's Continued Representation of Defendant Jing "Tony" Cho.

Please acknowledge receipt hereof by date stamping the enclosed copy of this letter and returning same in the envelope provided. I thank you for your courtesy and cooperation in this matter.

Very truly yours,

Raymond Sayeg

RS/tjp
Enclosure

cc:   Jonathon F. Mitchell, U.S. Attorney
        (w/enclosure)
      Mr. Tony Cho (w/enclosure)

Four Longfellow Place, Suites 3501-06   Boston, Massachusetts 02114   Telephone 617-742-1184   Fax 617-973-1562   rsayegesq@aol.com
(24 hour line)